ALBERT D. HILL, Appellant, v. ALLING & MILES, INC., Respondent.— Judgment of County Court reversed and judgment of City Court affirmed, with costs in this court and in the County Court to the plaintiff. Held, that the evidence was sufficient to justify the verdict in plaintiff's favor, even if it was found that defendant's false representations had reference to a 1918 car or a late 1917 model. All concur.

LLOYD E. FURRY and Another, Copartners, etc., Appellants, v. THOMAS E. MARTIN and Another, Respondents.— Order affirmed, with costs. All concur.

TONAWANDA BOARD AND PAPER COMPANY, Respondent, v. INTERNATIONAL BROTHERHOOD OF PAPERMAKERS, and LOCAL UNION NO. 188, OF THE INTERNATIONAL BROTHERHOOD OF PAPERMAKERS, Impleaded with THOMAS RYAN (Alias HARRY FLYNN) and Others, Appellants.— Order affirmed. All concur.

BAPTIST HOME OF MONROE COUNTY, Respondent, v. CHAUNCEY SMEAD, Appellant.— Motion for leave to appeal to Court of Appeals granted.